IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT A. ORTIZ,

        Plaintiff,                  No. CIV S-10-0594 WBS GGH P

   vs.

JOHN MARSHALL, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On October 4, 2010, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations. Thereafter, on November 1, 2010, plaintiff filed a motion to dismiss his complaint without prejudice.

        Accordingly, IT IS HEREBY ORDERED that the complaint be, and the seame hereby is, DISMISSED without prejudice.

1  DATED:  November 5, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE